**UNITED STATES DISTRICT COURT**
Michigan Eastern District

**JESSICA WEBER, in pro per**

Case No. [To be assigned]

Plaintiff,

v.

**UNITED STATES DEPARTMENT OF EDUCATION,**

Defendant.

Case: 4:26−cv−13189
Assigned To : Kumar, Shalina D.
Referral Judge: Grand, David R.
Assign. Date : 9/2/2026
Description: CMP WEBER v US DEPARTMENT OF EDUCATION (JP)

---

# **PLAINTIFF'S PRO SE COMPLAINT FOR MATERIAL MISREPRESENTATION AND WRONGFUL DENIAL OF BORROWER DEFENSE TO REPAYMENT CLAIM**

**Plaintiff, JESSICA WEBER,** by and through no undersigned counsel, hereby files this Complaint against Defendant United States Department of Education ("Department") and alleges as follows:

## **INTRODUCTION**

1. This is an action for relief arising from the wrongful denial by the Department of Education of Plaintiff's Borrower Defense to Repayment claim, submitted pursuant to 34 C.F.R. Part 685, Subpart M.

2. The Department's denial letters **did not provide any instructions** for

requesting Reconsideration and denied reconsideration, including only providing a borrower defense case number and a Right to Sue Letter in Federal Court.

3. Plaintiff contends that the Department's denial was based on errors of fact and law, including failure to properly consider material misrepresentations by Plaintiff's school that induced Plaintiff to take out loans.

**JURISDICTION AND VENUE**

4. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1361, as this case arises under federal law.

5. Venue is proper in this district under 28 U.S.C. § 1391 because Plaintiff resides here, or agency has office here, etc..

**PARTIES**

6. Plaintiff, JESSICA WEBER, is a resident of MICHIGAN and a former student at UNIVERSITY OF DETROIT MERCY LAW, non-graduate.

7. Defendant is the United States Department of Education, a federal agency responsible for managing the federal student loan program and borrower defense claims.

**FACTUAL ALLEGATIONS**

8. Plaintiff attended UDM Law beginning on 2004 and 2006 during which the

school made numerous material misrepresentations about program quality, job placement rates, accreditation status, availability of classes, and faculty names, etc.; not listed herein fully.

9. These and other facts were presented to Plaintiff by Dean Caprio during enrollment conversations on or around 2004 and 2005:

10. Specifically, Plaintiff was told that there was no taping faculty on campus or in class, which Plaintiff later discovered to be false or materially misleading as evidenced by journalists on campus. Plaintiff was told the school was accredited and the intent was for every student to graduate. Plaintiff disclosed a disability with no accommodations --- and other information to enroll successfully.

11. Plaintiff was told by Property Class Professor HIS class was open for her to take with no issue for her schedule.

12. Plaintiff reasonably relied upon these misrepresentations to take out federal student loans totaling $20,000.00 for one class and then after a conversation with Professor, she was forced to drop the class because it was cross-listed with the start time of another class with Professor was teaching. *You would now not think that same Professor was now an elite teacher at some other college where he also Clerks for the SCOTUS Roberts Court – where is a photog when you need it . . .* ???

13. Plaintiff submitted a Borrower Defense to Repayment claim with the

Department, containing evidence of these misrepresentations and *OTHER blatant discrimination and denial of counsel by the pro se clinic which is funded over-time and for UDM Law School only dating from 2016-2026.*

- The other known systemic discrimination was so egregious that you think a/the US Military Officer would not call her and say – I will clear the loans . . . only on X.com. *Plaintiff reached out to a similar faculty member in 2025 on a Chevron doctrine but it was under a different name for another faculty member and this was during the Department's open investigation. #relevancy*

14. The Department issued a denial letter, outlining reasons for rejection and stating NO instructions for reconsideration including: (a) the borrower defense case number # 18539685 (b) an explanation why the denial was correct, and (c) not allowing new evidence not previously submitted.

15. Plaintiff's reconsideration request thoroughly detailed why the Department's denial was erroneous, identifying specific errors in the denial letter, including:

- Failure to consider Plaintiff's sworn testimony.
- Mischaracterization of the school's statements as non-misleading.
- Neglect of new documentary evidence proving the school falsely represented accreditation/job placement.

- Failure to produce information on faculty member or any alleged conflict of interest with NSA, DOJ or FBI.

15. Despite timely submitting the reconsideration request with additional evidence, the Department failed to approve Plaintiff's claim or provide adequate explanation.

## CLAIM FOR RELIEF

### Wrongful Denial of Borrower Defense to Repayment Claim Based on Material Misrepresentation

16. Plaintiff incorporates all preceding paragraphs.

17. The Department's denial constitutes an abuse of discretion and violation of applicable federal regulations governing borrow defense claims.

18. Plaintiff was entitled to discharge of federal student loan debt due to the school's material misrepresentations inducing the loans.

19. Defendant's failure to properly evaluate and approve the claim causes Plaintiff ongoing financial injury.

## SOCIAL MEDIA CURRENCY CODES

#BorrowerDefense

#StudentLoanRelief

#ProSeLitigation

#DebtDischarge

#FederalStudentLoans

#LoanForgiveness

## STATEMENT FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Declare that Defendant's denial of Plaintiff's Borrower Defense to Repayment claim was improper and unlawful;

B. Order Defendant to approve Plaintiff's claim and discharge Plaintiff's federal student loan obligation;

C. Award costs, fees, and any other relief the Court deems just and proper.

## PRAYER

Thank you.

---

Respectfully submitted,

Jessica Weber
2419 Troy
Saginaw, MI 48610
810-296-71xx
no email
Date: September 2, 2026